IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>MHM HEALTH PROFESSIONALS,<br>INC., and MASSACHUSETTS<br>PARTNERSHIP FOR CORRECTIONAL<br>HEALTHCARE, LLC,<br>    Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 1:19-cv-00107<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Evanston Insurance Company, by counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby submits this Notice of Voluntary Dismissal, dismissing this action. The Defendants to this action have not entered an appearance or otherwise answered.

EVANSTON INSURANCE COMPANY

By: ___/s/ *Thomas S. Garrett*___

John M. Claytor (VSB No: 18629)
Thomas S. Garrett (VSB No: 73790)
Harman Claytor Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
Phone: (804) 747-5200
Fax: (804) 747-6085
jclaytor@hccw.com
tgarrett@hccw.com
*Counsel for Evanston Insurance Company*

So ordered
4/30/19
___/s/___
Anthony J. Trenga
United States District Judge